J. Scott Conlon, #011829
Ellen S. Levy, #020275
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
*Attorneys for Defendants*

Email: *docket@rcdmlaw.com*
Email: *sconlon@rcdmlaw.com*
Email: *elevy@rcdmlaw.com*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sheetal Patel, mother of deceased adult Nishma Kanabar on behalf of herself and the other beneficiaries of the estate of Nishma Kanabar; Mahendra Kanabar, father of Nishma Kanabar; Sabian Rios, surviving natural son of Nishma Kanabar, <br><br> Plaintiffs, <br><br> v. <br><br> Corizon Health, Inc., a Delaware Corporation; Corizon, Inc., a Missouri Corporation; Corizon, LLC, a Missouri limited liability company; Corizon Health of New Jersey, LLC, a New Jersey limited liability company; Vicente and Jane Doe Enciso; Timothy and Jane Doe Johnson; A and John Doe Nunn; A and John Doe Burns; C and John Doe Reiter; John and Jane Does 1-100; White Partnerships 1-100; Black Corporations 1-100, <br><br> Defendants. | No. <br><br> **NOTICE OF REMOVAL** |

Defendants, Corizon Health, Inc., Corizon, Inc., Corizon, LLC (collectively "Corizon") and Defendants Encisco; Johnson; Nunn; Burns; Reiter, (collectively, "Corizon Employees"), by and through their undersigned counsel, and pursuant to Rule

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

3306-0068                                                    2871941_1.docx

1  81(c), Fed.R.Civ.P., hereby notices the removal of the above-captioned case from the
2  Superior Court of Arizona, in and for the County of Maricopa, filed under Cause Number
3  CV2015-052872, to this Court and in support thereof asserts:

4       1.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331.  This action may
5  be removed pursuant to 28 U.S.C. § 1441(b) because Plaintiffs assert a claim pursuant to
6  the Eighth Amendment of the United States Constitution.

7       2.    This Notice of Removal is being filed within thirty (30) days after initial
8  receipt of Plaintiff's Complaint and is timely filed under 28 U.S.C. § 1446(b).

9       3.    The time for which Defendants have to remove this case with respect to the
10 Complaint has not expired.

11      4.    A notification of filing a notice of removal in federal court, a true and
12 correct copy of which is attached as Exhibit "A," has been filed in the Superior Court of
13 Arizona on behalf of the Defendants.

14      5.    All known presently served/accepted service Defendant parties have
15 consented to the removal of this case from Superior Court of the State of Arizona, County
16 of Maricopa, to the United States District Court of Arizona.

17 **WHEREFORE**, DEFENDANTS RESPECTFULLY REQUEST THAT THE
18 ABOVE ACTION NOW PENDING IN THE SUPERIOR COURT OF THE DISTRICT
19 OF ARIZONA BE REMOVED TO THIS COURT.

20 RESPECTFULLY SUBMITTED this <u>19th</u> day of August, 2015.

21                                    RENAUD COOK DRURY MESAROS, PA

23                                    *By: /s/  Ellen S. Levy*
24                                       J. Scott Conlon
                                      Ellen S. Levy
25                                     One North Central, Suite 900
                                     Phoenix, Arizona 85004-4417
26                                     *Attorneys for Defendants*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

**CERTIFICATE OF SERVICE**

I hereby certify that on this *19th* day of August, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

Scott H. Zwillinger
Scott Griffiths
Aaron Crane
Goldman & Zwillinger, PLLC
7047 E. Greenway Pkwy., Suite 150
Scottsdale, AZ 85254
*Attorneys for Plaintiffs*

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:  N/A

By: */s/  Margaret Bango*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

3306-0068                                            2871941_1.docx