IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheetal Patel, mother of deceased adult Nishma Kanabar on behalf of herself and the other beneficiaries of the estate of Nishma Kanabar; Mahendra Kanabar, father of Nishma Kanabar; Sabian Rios, surviving natural son of Nishma Kanabar,<br><br>Plaintiffs,<br><br>v.<br><br>Corizon Health, Inc., a Delaware Corporation; Corizon, Inc., a Missouri Corporation; Corizon, LLC, a Missouri limited liability company; Vicente and Jane Doe Enciso; Timothy and Jane Doe Johnson; A and John Doe Nunn; A and Joh Doe Burns; C and John Doe Reiter; John and Jane Does 1 – 100; White Partnerships 1-100; Black Corporations 1-100,<br><br>Defendants. | No. CV-15-01613-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion to Extend Dismissal Deadline (Doc. 123). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulated Motion (Doc. 123).

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED this action will be dismissed by the Clerk's Office without further notice on May 15, 2017, unless prior thereto a judgment or order of dismissal is entered.

Dated this 13th day of March, 2017.

Neil V. Wake
Senior United States District Judge